■ The People of the State of New York, Respondent, v William Beverhoudt, Appellant.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Brown, Weinstein and Spatt, JJ., concur.